IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

**LADONNA NEWTON**
Individually And On Behalf Of
All Others,

    Plaintiffs,

vs.

**DENT-A-MED INC.**
d/b/a HC Credit,

    Defendant.

Case No. 5:17-cv-06070

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant DENT-A-MED INC. (the "Defendant") hereby removes this case entitled *LADONNA NEWTON v. DENT-A-MED INC. d/b/a HC Credit*, Case No. 17CN-CV00282 (the "Action"), from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446.

In support of this Notice of Removal, Defendant alleges:

1.    On or about April 27, 2017, LaDonna Newton commenced the Action as a Class Action against Defendant for alleged violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* seeking statutory damages, punitive damages, costs and attorneys' fees and other appropriate relief pursuant to the FCRA.

2. This Court has jurisdiction over the Action pursuant to 28 U.S.C. § 1331, which gives the federal district courts "original jurisdiction of all civil actions arising under the . . . laws. . . of the United States." LaDonna Newton's claims arise under the laws of the United States because they seek relief for alleged violations of 15 U.S.C. § 1681, *et seq*.

3. Exhibit A contains all process, pleadings, and orders served upon Defendant in the Action.

4. Plaintiff's Complaint was served on Defendant on May 3, 2017. This notice is timely under 28 U.S.C. § 1446(b) in that it is filed with this Court within thirty days after service of Plaintiff's Complaint. To Defendant's knowledge, no other proceedings have occurred in the Circuit Court of Clinton County to date. Defendant has not answered or otherwise responded to the Petition.

5. Pursuant to 28 U.S.C. § 1441(a), venue in the United States District Court for the Western District of Missouri, St. Joseph Division, is proper because the district and division embrace the Circuit Court of Clinton County, where this action originated.

6. A copy of this Notice of Removal will promptly be served upon all parties and filed with the Clerk of the Circuit Court of Clinton County, Missouri, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this case proceed as an action properly removed hereto.

Dated: June 1, 2017                                   Respectfully submitted,

                                                      BERKOWITZ OLIVER LLP

                                                      By:    /s/ Stacey R. Gilman
                                                          Stacey R. Gilman, MO Bar #55690
                                                          2600 Grand Boulevard, Suite 1200
                                                          Kansas City, Missouri 64108
                                                          P: 816-561-7007
                                                          F: 816-561-1888
                                                          sgilman@berkowitzoliver.com

                                                      Joshua Briones (CA Bar No. 205293)
                                                      (*pro hac vice application forthcoming*)
                                                      Esteban Morales (CA Bar No. 273948)
                                                      (*pro hac vice application forthcoming*)
                                                      Mintz, Levin, Cohn, Ferris,
                                                      Glovsky and Popeo, P.C.
                                                      2029 Century Park East, Suite 1370
                                                      Los Angeles, CA 90067
                                                      P: 310-586-3200
                                                      F: 310-586-3202

                                                      *Attorneys for Defendant Dent-A-Med Inc.
                                                      d/b/a HC Credit*