IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

**LADONNA NEWTON**
Individually And On Behalf Of
All Others,

    Plaintiffs,

vs.

**DENT-A-MED INC.**
**d/b/a HC Credit,**

    Defendant.

Case No. 5:17-cv-06070

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTEREST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant DENT-A-MED INC. d/b/a HC Credit states that it is owned by Progressive Finance Holdings, LLC, and that no publicly-held corporation owns 10 percent or more of its stock. Progressive Finance Holdings, LLC is owned by Aaron's, Inc., a publicly traded company.

Pursuant to Local Rule 7.1, Defendant DENT-A-MED INC. certifies that, other than those described above, it does not have other parent companies, subsidiaries, or affiliates that have issued shares to the public.

Dated: June 1, 2017                    Respectfully submitted,

BERKOWITZ OLIVER LLP

By:      /s/ Stacey R. Gilman
    Stacey R. Gilman, MO Bar #55690
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    P: 816-561-7007
    F: 816-561-1888
    sgilman@berkowitzoliver.com

Joshua Briones (CA Bar No. 205293)
(*pro hac vice application forthcoming*)
Esteban Morales (CA Bar No. 273948)
(*pro hac vice application forthcoming*)
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
2029 Century Park East Suite 1370
Los Angeles, CA 90067
P: 310-586-3200
F: 310-586-3202

*Attorneys for Defendant Dent-A-Med Inc.
d/b/a HC Credit*