IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LADONNA NEWTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-CV-06070-DW |
| | ) | |
| v. | ) | |
| | ) | |
| DENT-A-MED, INC., d/b/a | ) | |
| HC CREDIT, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Pursuant to Plaintiff's Consent Notice of Dismissal Without Prejudice (Doc. 8), it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE. See Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own costs, and the Clerk of Court shall close this case.

IT IS SO ORDERED.


Date: June 30, 2017 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge